BURTINGTON, Respondent, *v.* STERNHARDT, Appellant.

(*Common Pleas of New York City and County, General Term.* May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*M. A Quinlan*, for appellant. *Klebroch & Marks*, for respondent.
Judgment affirmed, with costs.

---

CALHOUN, Respondent, *v.* HACKETT, Appellant.

(*Common Pleas of New York City and County, General Term.* May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*A. P. Wagner*, for appellant. *C. D. Cruikshank*, for respondent.
Judgment reversed, new trial ordered, costs to abide event.

---

COHEN, Respondent, *v.* LOONIE, Appellant.

(*Common Pleas of New York City and County, General Term.* May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*P. C. Talman*, for appellant. *C. G. Macy*, for respondent.
Judgment affirmed, with costs.

---

COHEN, Appellant, *v.* THON, Respondent.

(*Common Pleas of New York City and County, General Term.* May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*W. C. Holbrook*, for appellant. *E. F. Brown*, for respondent.
Judgment affirmed, with costs.

---

DEAN, Respondent, *v.* FOX *et al.*, Appellants.

(*Common Pleas of New York City and County, General Term.* May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*E. L. Mooney*, for appellants. *C. H. Preyor*, for respondent.
Judgment affirmed, with costs.

---

DE PUY, Respondent, *v.* GILMORE, Appellant.

(*Common Pleas of New York City and County, General Term.* May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*F. Larkin*, for appellant. *Hyland & Zabriskie*, for respondent.
Judgment modified, and as modified affirmed, without costs to either party.

---

FARRENGO, Appellant, *v.* SARACCO, Respondent.

(*Common Pleas of New York City and County, General Term.* May 16, 1889.)

Argued before LARREMORE, C. J., and ALLEN and BOOKSTAVER, JJ.
*S. D. Seward*, for appellant. *A. C. Astarita*, for respondent.
Judgment reversed, new trial ordered, costs to abide the event.